JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SANCHEZ, an individual,<br><br>　　　　Plaintiff,<br>　　v.<br>BRINKER INTERNATIONAL, INC., a Delaware Corporation d/b/a WWW.CHILIS.COM,<br><br>　　　　Defendant. | Case No. CV 24-5694-MWF(MARx)<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

　　The Court, having considered the parties' Stipulation to Remand (Docket No. 11), and for good cause shown, hereby **ORDERS** as follows:

- The hearing on September 9, 2024, on Plaintiff's Motion to Remand (Docket No. 9) is **VACATED**, and the Motion is **DENIED** as moot.
- This matter is **REMANDED** to the Los Angeles County Superior Court.

**IT IS SO ORDERED**.

Dated:  August 12, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge